980

The BANK SAVINGS LIFE INSURANCE COMPANY, a Corporation, v. The INTERSTATE NATIONAL BANK, a Corporation.

No. 1334.

Circuit Court of Appeals, Tenth Circuit.

Sept. 24, 1935.

Harry W. Frazee, of Lawrence, Kan., for appellant.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

BARCO MANUFACTURING COMPANY v. Bert B. MILNER.

No. 5554.

Circuit Court of Appeals, Seventh Circuit.

Aug. 28, 1935.

"Cassels, Potter & Bentley, of Chicago, Ill., for appellant.

"Charles F. Murray, of Chicago, Ill., for appellee."

PAGE, Circuit Judge.

On consideration whereof, it is now here ordered, adjudged, and decreed . by this court that this appeal be, and the

same is hereby, dismissed, each party hereto paying its own costs in this court; and that this cause be remanded to the District Court of the United States for the Northern District of Illinois, Eastern Division, for further proceedings.

Michael BECHIK, for Himself, etc., Appellant, v. UNITED STATES BEDDING COMPANY.

No. 10359.

Circuit Court of Appeals, Eighth Circuit.

June 11, 1935.

Harold Olsen, of Minneapolis, Minn., for appellant.

Stryker & Stryker, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, per stipulation of parties.